THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA (SB# 61229)
AUSTIN M. THOMPSON (SB# 229924)
Attorneys for Defendant, MOISES GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MOISES GOMEZ,<br><br>    Defendant. | CASE NO.: 22-CR-00229 HSG<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SENTENCING OF AUGUST 23, 2023 |

It is hereby stipulated by and between counsel defendant, Moises Gomez, and Assistant United States Attorney, Alexis James, that the currently scheduled sentencing on August 23, 2023, be continued to October 11, 2023, at 2:00 p.m.

The parties jointly agree and request that the matter be continued to give the parties additional time to prepare for the sentencing.

IT IS SO STIPULATED.

DATED: August 15, 2023                     Respectfully submitted,

/s/JESSE J. GARCIA
JESSIE GARCIA
Counsel for Defendant Moises Gomez

DATED: August 15, 2023                     /s/ALEXIS JAMES
ALEXIS JAMES
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
U.S.A. v. MOISES GOMEZ, CASE NO.: 22-CR-00229 HSG

THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA (SB# 61229)
AUSTIN M. THOMPSON (SB# 229924)
Attorneys for Defendant, MOISES GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 22-CR-00229 HSG |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| MOISES GOMEZ, | |
| Defendant. | |

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the sentencing currently scheduled for August 23, 2023, be continued to October 11, 2023, at 2:00 p.m.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER
U.S.A. v. MOISES GOMEZ, CASE NO.: 22-CR-00229 HSG