THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road
Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580/(925) 201-3130
Facsimile: (925) 397-3042
Email: email@thompsongarcialaw.com

JESSE J. GARCIA(SB#61223)
AUSTIN M. THOMPSON (SB#229924)
Attorneys for Defendant
MOISES GOMEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MOISES GOMEZ, ) <br> ) <br> Defendant. ) <br> _____/ ) | CASE NO.: 4-22-cr-00229-HSG-1 <br><br> STIPULATION AND [PROPOSED] ORDER |

  Defendant, Moises Gomez, has requested permission to extend his current travel restrictions to include the Eastern District of California. The defendant would also like to relocate his family to the Eastern District of California which includes the transfer of his Pretrial Services supervision.

  Defendant will remain under all other pretrial conditions of his release.

  Assistant United States Attorney, Alexis James, and United States Pretrial Services Officer, Brad Wilson, have been notified of this request and they have no objections to extend his current travel restrictions to include the Eastern District of California, and to relocate his family to the Eastern District of California which will include the transfer of his Pretrial Services

1  supervision.

2

3  Dated: August 18, 2023                    /s/JESSE J. GARCIA
                                             JESSE J. GARCIA
4                                            Attorney for Defendant,
                                             MOISES GOMEZ
5

6  Dated: August 18, 2023                    /s/ALEXIS JAMES
                                             ALEXIS JAMES
7                                            Assistant United States Attorney
                                             Authorized to sign on behalf of
8                                            Alexis James on August 1, 2023

9

10 Dated: August 18, 2023                    /s/BRAD WILSON
                                             BRAD WILSON
11                                           Pretrial Services Officer
                                             Authorized to sign on behalf of
12                                           Brad Wilson on August 1, 2023

```
1  THOMPSON GARCIA
   ATTORNEYS AT LAW
2  5776 Stoneridge Mall Road
   Suite 390
3  Pleasanton, CA 94588
   Telephone: (510) 782-7580/(925) 201-3130
4  Facsimile: (925) 397-3042
   Email: email@thompsongarcialaw.com
5

6  JESSE J. GARCIA(SB#61223)
   AUSTIN M. THOMPSON (SB#229924)
7  Attorneys for Defendant
   MOISES GOMEZ
8
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 4-22-cr-00229-HSG-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | |
| MOISES GOMEZ, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the defendant be permitted to extend his current travel restrictions to include the Eastern District of California.

**IT IS HEREBY ORDERED** that the defendant be permitted to relocate his family to the Eastern District of California.

**IT IS HEREBY ORDERED** that the defendant transfer his Pretrial Services supervision to the Eastern District of California.

**IT IS HEREBY ORDERED** that defendant will remain subject to all other pretrial release conditions.

Dated: _____

_____
United States Judge